IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION - WATERLOO

| ILLINOIS CASUALTY COMPANY, | CASE NO. 6:23-cv-02091 |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| CHARMED, LLC /d/b/a FLIRT'S GENTLEMEN'S CLUB, | |
| Defendant. | |

Defendant Charmed, LLC d/b/a Flirts Gentlemen's Club ("Flirts") files this Notice of Settlement and in support thereof, states as follows:

1. The parties have negotiated a resolution between themselves and litigation is no longer necessary.

2. The parties are preparing and finalizing the settlement documents. Upon the execution of those materials, this matter will be dismissed with prejudice.

3. Undersigned counsel has discussed this matter with the Plaintiff, and has agreed to provide this notice to the Court.

WHEREFORE, Defendant Charmed, LLC d/b/a Flirts Gentlemen's Club ("Flirts"), requests that the Court allow the parties an additional thirty (30) days to file a stipulated dismissal.

    */s/ Megan R. Merritt*
MEGAN R. MERRITT     AT0010635
    for
SHUTTLEWORTH & INGERSOLL, P.L.C.
235 6th Street SE
P.O. Box 2107
Cedar Rapids, IA 52406-2107
PHONE:     (319) 365-9461
FAX:     (319) 365-8443
E-MAIL:     mrm@shuttleworthlaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon all parties of record through the Court's Case Management/Electronic Case Filing ("CM/ECF") system on December 16, 2024, which will send notification of such filing to the following:

Adam D. Zenor
Derek R. LaBrie
Zenor Kuehner, PLC
111 East Grand Avenue, Suite 400
Des Moines, IA 50309
adam@zenorkuehner.com
derek@zenorkuehner.com


                                              */s/ Aimee Vogeler*
                                              Aimee Vogeler