IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

ILLINOIS CASUALTY COMPANY,

    Plaintiff,

v.

CHARMED, LLC, d/b/a Flirts Gentlemen's Club,

    Defendant.

No. 23-CV-2091-LTS-KEM

**ORDER**

_____

The court was informed on December 16, 2024 (Doc. 22) that the parties have reached settlement and that they anticipate no further action other than filing a stipulated dismissal. Accordingly, the court suspends all pending deadlines and cancels all scheduled court proceedings.

**THE COURT ORDERS**:

1. The Clerk of Court will administratively close this case for statistical purposes, terminate any pending motions, and remove all hearings, deadlines, and bench trial from the court's docket and trial calendar.

2. The parties must file closing documents to dismiss the case, pursuant to Federal Rule of Civil Procedure 41, no later than **thirty (30) days** from the date of this order. If the case has not been dismissed by that time, and/or counsel have not filed a written status report, this case will be dismissed following notice pursuant to Local Rule 41(c).

**SO ORDERED** on December 17, 2024.

_____
Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa